Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Tamira Holman                                    Docket No. 03-00163-002

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tamira Holman, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 24th day of October 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Obtain a mental health evaluation and participate in treatment, if recommended.
- Participate in General Equivalency Diploma (GED) preparatory classes and obtain certificate prior to the discharge from probation.
- Submit to urinalysis and participate in a substance abuse treatment program, if necessary.
- Complete 40 hours of community service.
- Pay a $100 special assessment fee.

10-24-03:   Falsification of Firearms Purchase Forms; 3 years' probation; Currently supervised by U.S. Probation Officer Wendy Brown.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant's case is scheduled to close on October 23, 2006. However, she has failed to complete the required number of community service hours or satisfy the balance of her assessment fee. To date, she has only completed 10 community service hours, and has a balance of $80 remaining toward the special assessment fee.

PRAYING THAT THE COURT WILL ORDER the probationer's term of supervision be extended for a period of one year with permission to close the case when payment of the special assessment fee and community service hours are completed.

ORDER OF COURT

Considered and ordered this 20 day of Oct, 20 06 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 13, 2006

_____
Wendy Brown
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania

PROB 49
(3/89)

# United States District Court

## Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Extend the term of probation for one year with permission to close case when payment of the special assessment fee and community service hours are completed.**

Witness: _____  Signed: _____
Wendy M Brown                                                    Tamira Holman
United States Probation Officer                          Probationer or Supervised Releasee

_____
10/10/06
Date